

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00009-CV

IN RE DESMOND DWANN SHANNON

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 92360

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

Desmond Dwann Shannon filed a timely notice of appeal on February 7, 2024. The clerk's record was filed on March 28, 2024. The original deadline for Shannon's appellate brief was April 29, 2024. When neither a brief nor a motion to extend time for filing same was received by May 13, 2024, this Court advised Shannon by letter that his brief was late. We also extended the deadline for filing the brief to May 28, 2024. We warned Shannon that the failure to file a brief by May 28, 2024, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Shannon did not respond to our communication and did not file an appellate brief. Because we received no response to our letter of May 13, 2024, Shannon's appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Scott E. Stevens
Chief Justice

Date Submitted:     June 14, 2024
Date Decided:       June 17, 2024